Carolina T. Curbelo, Esq.
The Law Office of Carolina T. Curbelo, LLC
41 North Broad Street, 2nd Floor
Ridgewood, NJ 07450
Telephone: (201) 379-4040
Fax: (201) 379-4777
Email: Carolina.Curbelo@curbelolaw.com
*Attorney for Petitioner*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Thomas PEREZ GARCIA,<br><br>Petitioner,<br>v.<br>Helen GRIMES, Warden, Delaney Hall Detention Facility; Ruben PEREZ, Acting Field Office Director, Newark ICE Field Office; David VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement; Markwayne MULLIN, in his Official Capacity, Secretary, U.S. Department of Homeland Security (hereinafter "DHS"); TODD BLANCHE, Attorney General of the United States of America,<br>Respondents. | Case No.: 2:26-cv-10051<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Petitioner Thomas Perez Garcia, by and through undersigned counsel, hereby voluntarily dismisses the above-captioned Petition for Writ of Habeas Corpus without prejudice. No respondent has served an answer, return, or motion for summary judgment, and no court order is required.

Respectfully submitted,

*/s/ Carolina Theresa Curbelo, Esq.*

Dated: August 14, 2026

Carolina Theresa Curbelo, Esq.
The Law Office of Carolina T. Curbelo, LLC
41 N. Broad Street, 2nd Floor
Ridgewood, New Jersey 07450
Tel. (201) 379-4040
Fax (201) 379-4777
Email: Carolina.Curbelo@curbelolaw.com
Attorney for Petitioner

**SO ORDERED**.

Michael E. Farbiarz, U.S.D.J.
Date: 8/17/2026